UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY TEDESCO,

          Plaintiff,

  -against-

ANTHONY ANNUCCI, and/or predecessor,
New York State Commissioner of Corrections,
MR. SPAZATO, Sheriff, NASSAU UNIVERSITY
MEDICAL CENTER, MRS. DAVIS, employee at
Nassau University Medical Center, JOHN DOE,
employee at Nassau University Medical Center,
JANE DOE, employee at Nassau University Medical
Center, ARMOR CORRECTIONAL HEALTH, INC.,
DR. THEODORA KAY-NJEMANZI, employee of
Armor Correctional Health, Inc., MRS. MILLER,
employee of Armor Correctional Health, Inc., JOHN
DOE, employee of Armor Correctional Health, Inc.,
JANE DOE, employee of Armor Correctional Health,
Inc., OFFICER SAEED, OFFICER HAYMAN,
SHERIFF'S DEPARTMENT, JOHN DOE, N.C.C.C.,
JANE DOE, N.C.C.C., All Person(s) N.C.C.C.,

          Defendants.
------------------------------------------------------------X

ORDER
14-CV-1054 (SJF)(WDW)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y
★ APR 29 2014 ★
LONG ISLAND OFFICE

FEUERSTEIN, District Judge:

Pursuant to the Court's May 20, 2013 Order of Consolidation, the Court has reviewed the instant complaint and finds that it relates to the subject matter of the Consolidated Action, *Reid, et al. v. Nassau County Sheriff's Department, et al.*, 13-CV-1192 (SJF)(WDW). Accordingly, this action shall proceed in accordance with the Order of Consolidation, a copy of which is annexed hereto.

Plaintiff, Anthony Tedesco, ("plaintiff") has also moved for the appointment of *pro bono* counsel to represent him in this case. The application is denied without prejudice to renewal when this case is trial ready.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

The Clerk of Court is directed to mail a copy of this Order and the Order of Consolidation to the *pro se* plaintiff at his last known address.

SO ORDERED.

                                                              s/ Sandra J. Feuerstein

                                                              Sandra J. Feuerstein
                                                              United States District Judge

Dated: April 22, 2014
       Central Islip, New York